IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| ALERT SECURITY & PATROL, LLC d/b/a ASPI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 3:09cv785 |
| | ) | |
| EPANDCO HOLDINGS, LLC, and | ) | Judge Trauger |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | JURY DEMAND |

## STIPULATION OF SETTLEMENT

The parties, jointly, stipulate and notify the Court that this case has been fully settled and resolved and should be dismissed with prejudice, with each party to bear their own discretionary costs in this matter. The parties submit a proposed Order of Dismissal, approved by the parties for the Court's consideration.

Respectfully submitted,

*s/Michael G. Hoskins*
**MICHAEL G. HOSKINS**
Registration No. 024507
Attorney for Plaintiff

**LAW OFFICE OF MICHAEL G. HOSKINS, P.C.**
3200 West End Avenue, Suite 500
Nashville, TN 37203
615-783-1757

*s/Robert J. Hill, II*
**ROBERT J. HILL, II**
*Attorney for Epandco Holdings, LLC*

**THE HILL FIRM, PLLC**
109 Kenner Avenue, Suite 201
Nashville, TN   37205
615-484-1550


*s/Gary A. Brewer*
**GARY A. BREWER**
Registration No. 4678
Attorney for Nationwide Mutual
Insurance Company

**BREWER, KRAUSE, BROOKS,
CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN  37202-3890
(615) 256-8787
gbrewer@bkblaw.com

# CERTIFICATE OF SERVICE

   I hereby certify that on this 4th day of February, 2010, a copy of the foregoing STIPULATION OF SETTLEMENT was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Michael G. Hoskins, Esquire | Robert J. Hill, II, Esquire |
| *Attorney for Plaintiffs* | *Attorney for Epandco Holdings, LLC* |
| Law Office of Michael G. Hoskins, P.C. | The Hill Firm, PLLC |
| 3200 West End Avenue, Suite 500 | 109 Kenner Avenue, Suite 201 |
| Nashville, TN 37203 | Nashville, TN 37205 |
| mgh@michaelghoskins.com | lawyerrobhill@gmail.com |

                 *s/Gary A. Brewer*
                 **GARY A. BREWER**
                 Registration No. 4678
                 **BREWER, KRAUSE, BROOKS,**
                 **CHASTAIN & BURROW, PLLC**
                 P. O. Box 23890
                 Nashville, TN 37202-3890
                 (615) 256-8787
                 gbrewer@bkblaw.com

GAB:car