IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| ALERT SECURITY & PATROL, LLC d/b/a ASPI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 3:09cv785 |
| | ) | |
| EPANDCO HOLDINGS, LLC, and | ) | Judge Trauger |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | JURY DEMAND |

## ORDER OF DISMISSAL

The Court, having been notified by the parties by Joint Stipulation that the case has been fully settled and compromised and should be dismissed with prejudice,

It is hereby ORDERED that this case is dismissed with prejudice. Each party will bear their own discretionary costs.

```
                                    _____
                                    ALETA A. TRAUGER
                                    U.S. DISTRICT JUDGE
```

APPROVED FOR ENTRY:


*s/Michael G. Hoskins*
**MICHAEL G. HOSKINS**
Registration No. 024507
Attorney for Plaintiff

**LAW OFFICE OF MICHAEL G. HOSKINS, P.C.**
3200 West End Avenue, Suite 500
Nashville, TN   37203
615-783-1757


*s/Robert J. Hill, II*
**ROBERT J. HILL, II**
*Attorney for Epandco Holdings, LLC*

**THE HILL FIRM, PLLC**
109 Kenner Avenue, Suite 201
Nashville, TN   37205
615-484-1550



*s/Gary A. Brewer*
**GARY A. BREWER**
Registration No. 4678
Attorney for Nationwide Mutual Insurance Company

**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN  37202-3890
(615) 256-8787

## CERTIFICATE OF SERVICE

       I hereby certify that on this 4th day of February, 2010, a copy of the foregoing ORDER OF DISMISSAL was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Michael G. Hoskins, Esquire<br>*Attorney for Plaintiffs*<br>Law Office of Michael G. Hoskins, P.C.<br>3200 West End Avenue, Suite 500<br>Nashville, TN 37203<br>mgh@michaelghoskins.com | Robert J. Hill, II, Esquire<br>*Attorney for Epandco Holdings, LLC*<br>The Hill Firm, PLLC<br>109 Kenner Avenue, Suite 201<br>Nashville, TN 37205<br>lawyerrobhill@gmail.com |

                                                   *s/Gary A. Brewer*
                                                 **GARY A. BREWER**
                                                 Registration No. 4678
                                               **BREWER, KRAUSE, BROOKS,**
                                               **CHASTAIN & BURROW, PLLC**
                                               P. O. Box 23890
                                               Nashville, TN 37202-3890
                                               (615) 256-8787
                                               gbrewer@bkblaw.com

GAB:car